UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:09−bk−29539−CPM
                                                          Chapter 7


Michael Grant Holcomb
3242 Gianna Way
Land O Lakes, FL 34638


Angela Cox Holcomb
3242 Gianna Way
Land O Lakes, FL 34638


              Debtor*              /

ORDER ON MOTION FOR RELIEF FROM STAY

    THIS CASE came on for consideration, without a hearing, upon the Motion to Lift Stay ("Motion") filed by Grow Financial FCU fka MacDill FCU in the above−captioned case. The Court considered the record and finds that a discharge has been entered and the Trustee has filed a report of no distribution or the subject property has been claimed as exempt, without objection in the above captioned case. Therefore, it appears that it is no longer appropriate for this Court to act on the Motion. Pursuant to Section 362(c)(2)(C) of the Bankruptcy Code the Court notes that the automatic stay terminates as of the time that a case is discharged and the property is no longer property of the estate.

    **DONE** and **ORDERED** in Chambers at Tampa, Florida on April 19, 2010 .

_____
Catherine Peek McEwen
United States Bankruptcy Judge


    *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.